# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1917

_____

United States of America,　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　　　　Appellee,　　　　　　*
　　　　　　　　　　　　　　　　　　*　　Appeal from the United States
　　　　　　v.　　　　　　　　　　　　*　　District Court for the
　　　　　　　　　　　　　　　　　　*　　Northern District of Iowa.
Scott John Borchers,　　　　　　　　*
　　　　　　　　　　　　　　　　　　*　　　　[UNPUBLISHED]
　　　　　　　　Appellant.　　　　　　*

_____

Submitted: August 1, 2001
Filed: September 27, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Scott Borchers challenges the constitutionality of 18 U.S.C. § 228(a)(3), the Child Support Recovery Act (CSRA). Borchers pleaded guilty to one count of failure to pay child support in violation of § 228(a)(3), and was sentenced to ten months imprisonment, one year of supervised release, and restitution.

We conclude that Borchers's challenge is foreclosed by this court's prior decision upholding the constitutionality of § 228(a)(3). See United States v. Crawford, 115 F.3d 1397, 1400 (8th Cir.) (enactment of CSRA was constitutional exercise of Congress's commerce power, because payment of child support on behalf of out-of-

state child is substantially related to interstate commerce), <u>cert. denied</u>, 522 U.S. 934 (1997); <u>United States v. Prior</u>, 107 F.3d 654, 660 (8th Cir.) (one Eighth Circuit panel may not overrule another panel's decision), <u>cert. denied</u>, 522 U.S. 824 (1997).

Accordingly, we affirm the judgment of the district court.[1]

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.